COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present:   Judges Frank, Huff and Senior Judge Haley


PAULA A. POWELL

v.      Record No. 1246-13-1

FARM FRESH SUPER MARKET #42708
 AND SUPERVALU, INC.

MEMORANDUM OPINION[*]
PER CURIAM
OCTOBER 22, 2013


FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Paula A. Powell, *pro se*, on briefs).

(Steven H. Theisen; Midkiff, Muncie, & Ross, P.C., on brief), for
appellees.


Paula A. Powell appeals a decision of the Workers' Compensation Commission finding

that Powell had not met her burden of proving that mileage to the Farm Fresh pharmacy, which

was twenty-one miles away from her house, was a reasonable and necessary expense.  We have

reviewed the record and the commission's opinion and find that this appeal is without merit.

Accordingly, we affirm for the reasons stated by the commission in its final opinion.  See Powell

v. SUPERVALU, INC., VWC File No. 2325484 (June 18, 2013).  We dispense with oral

argument and summarily affirm because the facts and legal contentions are adequately presented

in the materials before the Court and argument would not aid the decisional process.  See Code

§ 17.1-403; Rule 5A:27.

Affirmed.

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.